HALL SEED COMPANY, Movant, v. George R. HERRON, Opposed.

Court of Appeals of Kentucky.

Nov. 30, 1943.

William Lewis and Son and Doolan, Helm, Stites and Wood and L. M. Humphrey for movant.

G. H. Eversole and C. R. Luker, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Hiram BAILEY, Movant, v. COMMONWEALTH of Kentucky, Movee.

Court of Appeals of Kentucky.

Dec. 10, 1943.

J. A. Runyon, W. W. Barrett and Sidney Trivette, all of Pikeville, for movant.

Hubert Meredith, Attorney General, and Jesse K. Lewis, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.